**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Willard Edward Davis, Jr., ) | No. CV 07-2167-PHX-SMM (ECV) |
| Plaintiff, ) | **ORDER TO SHOW CAUSE** |
| vs. ) | |
| Dora B. Schriro, et al., ) | |
| Defendants. ) | |

Plaintiff Willard Edward Davis, Jr., filed a *pro se* Civil Rights Complaint by a Prisoner (Doc. #1) pursuant to 28 U.S.C. § 1983 on November 7, 2007, while incarcerated at the Arizona State Prison in Florence, Arizona. The Court screened the Complaint in an Order (Doc. #4) filed on February 20, 2008. The Court dismissed all but one defendant, Dr. Quirino Valeros. In the screening order, the Court ordered Plaintiff to complete and return a service packet within 20 days, after which the U.S. Marshal Service would notify the defendant and effect service. The court further explained that Plaintiff was required to either obtain a waiver of service or complete service within 120 day of the filing of the Complaint. Plaintiff was warned that if he failed to timely comply with the provisions in the screening order, the action would be dismissed.

On April 11, 2008, a Process Receipt and Return (Doc. #7) was filed by the U.S. Marshal indicating that Defendant Valeros was no longer at the address provided by Plaintiff. As a result, Defendant Valeros has not been served in this action. Because Defendant

1 Valeros is the only defendant upon whom service of process was ordered, the case cannot
2 proceed if service is not completed.  Because the sole defendant has not been served, and
3 more than 120 days have passed since the Complaint was filed, Plaintiff must show cause
4 why this action should not be dismissed for failure to comply with Rule 4(m) of the Federal
5 Rules of Civil Procedure.  Although the U.S. Marshal assists incarcerated prisoners with
6 service of process, Plaintiff ultimately bears the responsibility to ensure any defendants are
7 properly served.  Accordingly,

8 **IT IS HEREBY ORDERED** that the Clerk of Court shall dismiss Plaintiff's
9 Complaint without further notice to Plaintiff if he fails to show cause within twenty (20) days
10 for his failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure.

11 DATED this 14th day of May, 2008.

Stephen M. McNamee
United States District Judge